IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| | | |
|---|---|---|
| Civil Action: | 24-cv-02436-CNS-NRN | Date: September 2, 2026 |
| Courtroom Deputy: | Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| CHECKERS INDUSTRIAL PRODUCTS LLC<br>**Plaintiff** | *Tamara Kapaloski* |
| **v.** | |
| DRIVER INDUSTRIAL OPCO LLC<br>RAY TORRES<br>JESICA BAILEY-DZIEKAN<br>**Defendants** | *Kevin Bell*<br>*R. Charles Henn* |

**COURTROOM MINUTES**

**ORAL ARGUMENT**

Court in Session: 9:00 a.m.

Appearance of counsel.

Argument given on [69] Defendants' Motion to Dismiss Portions of Plaintiff's Second Amended Complaint by Mr. Henn and Ms. Kapaloski with questions from the Court.

As outlined on the record, it is

**ORDERED: [69] Defendants' Motion to Dismiss Portions of Plaintiff's Second Amended Complaint is DENIED.**

**Settlement Conference with the Magistrate Judge is authorized.**

Discussion held on pending motion.

Court in Recess: 9:47 a.m. Hearing concluded. Total time in Court: 00:47